FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 30 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE _United States_ DISTRICT OF _New Mexico_
_Albuquerque_ DIVISION

UNITED STATES OF AMERICA

v.

Paul Turrieta

Criminal Case: 14-CR-0425 JAP
16 CV 395-JAP/KK

MOTION FOR APPOINTMENT OF COUNSEL

Defendant, _Paul Turrieta_, pro se, moves for an ORDER for appointment of counsel to represent him in this case. Insupport of this motion, Defendant states:

1. The U.S. Supreme Court in <u>Johnson v United States 135 SCt 2551 (2015)</u>, declared the residual cluse of the Armed Career Criminal Act (ACCA) unconstitutionally vague. The residual clause is a catchall section of the ACCA that treats a variety of different offenses as "crimes of violence". The United States used defendants prior convictions as crimes of violence which are now not considered "crimes of violence pursuant to the above <u>Johnson</u> case.

2. Because the residual clause is unconstitutional, the defendant who was sentenced undered the ACCA argues that his sentence is unconstitutional under the <u>Johnson</u> case above.

3. Additionally because the wording of the ACCA is almost identical to the "residential clause" in the career offender guidelines, the defendant also challenges his sentence based on this factor and the <u>Johnson</u> case.

4. Defendants imprisonment greatly limits his ability to litigate. These issues involved in this case are complex and will require significant research and investigation. The defendant has limited access to the law library and limited knowledge of the law.

5. Counsel would better enable defendant to present a <u>Johnson</u> claim to the court either in this matter or a 28 U.S.C. 2255 for relief.

6. Defedants dealine to file is of critical importance that requires the courts immediate attention in order to protect the defendants rights.

WHEREFORE, defendant request that this Honorable Court appoint a memebr of the Public Defenders Officer, or CJA pool for relief on this unconstitutional sentence under the ACCA as declared by the <u>Johnson</u> case above, which defendant is currently serving.

Respectfully Submitted,

_Paul Turrieta_
Name

_Paul Turrieta_
Print Name

Paul Tuvvicta # 48310-051
Federal Correctional Institution
37910 N. 45th Ave
Phoenix, AZ. 85086.

PHOENIX AZ 852
28 MAR 2016 PM 6 L

8710227470

⇦48310-051⇨
Us District Court
Court Clerk
333 Lomas BLVD NW
Albuquerque, NM 87102
United States